■ GRACE BUCK, Appellant, v MARION C. BUCK, Respondent, et al.,

Defendant.—Judgment of the Supreme Court, entered August 31, 1976 in Greene County, affirmed, without costs, upon the decision of Cobb, J., at Trial Term. Sweeney, J. P., Kane, Mahoney, Larkin and Herlihy, JJ., concur.